UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HILARY MARIE MILLER,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

Case No. 1:16-cv-00120-PJG

Honorable Phillip J. Green

**JUDGMENT**

In accordance with the Memorandum Opinion filed this date:

IT IS ORDERED that plaintiff's motion for Attorney Fees and Expenses, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (ECF No. 23) is **GRANTED in part and DENIED in part**. Judgment is entered in plaintiff's favor in the amount of $4,575.00.

Dated: July 7, 2017                        /s/ Phillip J. Green
                                                                    PHILLIP J. GREEN
                                                                    United States Magistrate Judge